# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0095. ANTHONY REDDING v. SONYA REDDING.**

Anthony Redding has filed a motion for an extension of time to file an application for discretionary review of the trial court's October 28, 2025 order. The motion for extension of time is hereby GRANTED. The movant is granted a 30-day extension resulting in a due date of December 29, 2025. No further extensions will be granted. See Ga. Ct. App. R. 16(c).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/25/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*